**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

**MISCELLANEOUS ACTION NO. _____**

**UNITED STATES OF AMERICA**                                                                                    **PETITIONER**

**V.**                                **MOTION TO EXTEND TIME TO**
                                      **INITIATE FORFEITURE ACTION**

**$34,500.00 IN UNITED STATES CURRENCY**                                                         **RESPONDENT**

\* \* \* \* \*

The United States hereby moves, pursuant to 18 U.S.C. 983(a)(3)(A), to extend by ninety (90) days to July 19, 2024, the time in which the United States is required to initiate a judicial forfeiture action against property to which a claim has been filed in nonjudicial forfeiture proceedings with the Drug Enforcement Administration (DEA). In support of this motion, the United States submits the following and attaches hereto a proposed order.

DEA initiated nonjudicial civil forfeiture proceedings after the seizure of $34,500.00 from Sacourtney Bullock during an interdiction at the Cincinnati/Northern Kentucky International Airport on November 2, 2023. DEA provided written notice of its intent to forfeit the seized currency to all interested parties as required by 18 U.S.C. § 983(a)(1)(A). Bullock filed a claim to the seized currency in the administrative forfeiture proceeding. No other person has filed a claim to the seized currency in the administrative forfeiture proceeding as required by law, and the time for filing such claims has expired. *See* 18 U.S.C. § 983(a)(2)(A)-(E).

DEA received Bullock's claim to the seized currency on January 22, 2024. Pursuant to 19 U.S.C. §§ 1608 and 1610, upon the filing of the claim, the seizing agency transmitted it to the

United States Attorney for the purpose of initiating a judicial forfeiture action against the property. The United States currently has until April 21, 2024, to initiate a judicial forfeiture action against the seized currency. 18 U.S.C. § 983(a)(3)(A). The United States seeks, by agreement with the claimant, a ninety-day extension of the deadline for initiating judicial forfeiture proceedings against the seized property.

Section 983(a)(3) provides that the United States "shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims" or "include a forfeiture allegation in a criminal indictment" within ninety (90) days after an administrative claim has been filed. However, this deadline may be extended "upon agreement of the parties." 18 U.S.C. § 983(a)(3)(A). Bullock recently retained forfeiture counsel in California, who contacted counsel for the United States regarding the potential for negotiating a pre-litigation settlement of this matter. The United States has requested further information from Bullock's counsel, and the parties are continuing to investigate and assess settlement potential. Thus, they have agreed that the deadline for initiating a judicial forfeiture action should be extended ninety days to facilitate these continued settlement discussions. If a settlement cannot be reached within that time frame, then the United States will pursue a judicial forfeiture action.

WHEREFORE, the United States respectfully requests that the Court extend by ninety days, until July 19, 2024, the period in which the United States is required to initiate a judicial forfeiture action against the seized currency. The United States has forwarded a copy to this motion to Bullock's counsel, who has agreed to its representations and the requested relief.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By:   /s/ Haley Trogdlen McCauley
Assistant United States Attorney
260 West Vine Street, Suite 300
Lexington, Kentucky 40507
Phone: (859) 685-4831
Fax: (859) 233-2533
haley.mccauley@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2024, I served a copy of the foregoing by e-mail to the following:

Jacek W. Lentz
The Lentz Law Firm, P.C.
9171 Wilshire Blvd., Suite 500
Beverly Hills, CA 90210
(213) 250-9200
(888) 57-5591 (Fax)
jwl@lentzlawfirm.com
*Counsel for Sacourtney Bullock*

/s/ Haley Trogdlen McCauley
Assistant United States Attorney